IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HUBERT BERTRAM CORBETT and )<br>BRENDA HOVEY CORBETT, )<br>    )<br>    Plaintiffs, )<br>    )<br>    v. )<br>    )<br>STEVEN CLARENCE ARMSTRONG, )<br>an individual; and GEORGIA )<br>POWER COMPANY, a foreign )<br>corporation, )<br>    )<br>    Defendants. ) | CIVIL ACTION NO.<br>2:22cv633-MHT<br>(WO) |

**JUDGMENT**

Based on the representations made on the record at the motion hearing on November 30, 2023, and by agreement of all parties, it is ORDERED, ADJUDGED, and DECREED that the motion for summary judgment (Doc. 31) is granted as to plaintiffs' claims for negligent hiring, training, and supervision, wantonness, and punitive damages, and partial summary judgment is entered on those claims for the defendants and against the plaintiffs.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**Plaintiffs' claims for negligence and negligence per se against both defendants remain pending.**

**DONE, this the 31st day of January, 2024.**

                                            /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**