IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HUBERT BERTRAM CORBETT and )
BRENDA HOVEY CORBETT,       )
                            )
     Plaintiffs,            )
                            )      CIVIL ACTION NO.
     v.                     )       2:22cv633-MHT
                            )          (WO)
STEVEN CLARENCE ARMSTRONG,  )
an individual; and GEORGIA  )
POWER COMPANY, a foreign    )
corporation,                )
                            )
     Defendants.            )

ORDER

It is ORDERED that:

(1) Defendant Georgia Power Company's unopposed*

---

     * In the motion to amend, it is noted that
plaintiffs' lack of opposition is premised on two
agreements.  First, "the parties stipulate the jury
should be informed or charged as follows: 'If you find
Mr. Armstrong liable, you must also find Georgia Power
Company liable.'" Motion to Amend (Doc. 67) at 5.
Second, the motion states that "[p]laintiffs' consent
to this motion is further premised on the reservation
of their ability, should Georgia Power contend or infer
at trial that it chose to concede vicarious liability

motion to amend its pretrial contentions to withdraw
any contention or defense that Georgia Power Company is
not vicariously liable (Doc. 67), motion to withdraw
its vicarious liability defense (Doc. 67), and motion
in limine (Doc. 67) are granted.

(2) The pretrial order (Doc. 47) is hereby amended
to reflect that defendant Georgia Power Company
concedes that defendant Steven Clarence Armstrong was
acting within the scope of his employment during the
subject accident and that defendant Georgia Power
Company is vicariously liable for the actions of
defendant Armstrong during the accident.  The pretrial
order is further amended to remove from defendant
Georgia Power Company's pretrial contentions all
contentions and defense that it is not vicariously
liable for defendant Armstrong's actions during the
accident.

(3) Any evidence of defendant Georgia Power

_____

or make any similar statement, to inform the jury when
Georgia Power made that decision." *Id.*

Company's previous vicarious-liability defense is excluded from the trial (subject to the exception stated in the footnote above).

DONE, this the 14th day of February, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE