IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
HUBERT BERTRAM CORBETT and  )
BRENDA HOVEY CORBETT,       )
                            )
     Plaintiffs,            )
                            )   CIVIL ACTION NO.
     v.                     )   2:22cv633-MHT
                            )
STEVEN CLARENCE ARMSTRONG,  )
an individual; and GEORGIA  )
POWER COMPANY, a foreign    )
corporation,                )
                            )
     Defendants.            )
```

## VERDICT

(1) How much may plaintiff Hubert Bertram Corbett recover on his claim for damages that you find were proximately caused by the collision with defendant Steven Clarence Armstrong, an employee of defendant Georgia Power Company?

$ __50,000.00__

(2) How much may plaintiff Brenda Hovey Corbett recover on her claim for damages that you find were proximately caused by the collision with defendant Steven Clarence Armstrong, an employee of defendant Georgia Power Company?

$ $400,000.00

DONE, this the 21st day of March, 2024.

_Carla H Kruger_
Foreperson