IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
HUBERT BERTRAM CORBETT and  )
BRENDA HOVEY CORBETT,       )
                            )
     Plaintiffs,            )
                            )    CIVIL ACTION NO.
     v.                     )     2:22cv633-MHT
                            )         (WO)
STEVEN CLARENCE ARMSTRONG,  )
an individual; and GEORGIA  )
POWER COMPANY, a foreign    )
corporation,                )
                            )
     Defendants.            )
```

## JUDGMENT

On March 21, 2024, after this cause had been submitted to a jury, the jury, which had 12 members, returned a verdict as follows:

> "(1) How much may plaintiff Hubert Bertram Corbett recover on his claim for damages that you find were proximately caused by the collision with defendant Steven Clarence Armstrong, an employee of defendant Georgia Power Company?
>
> $    50,000
>
> "(2) How much may plaintiff Brenda Hovey Corbett recover on her claim for damages that you find were proximately caused by the collision with defendant Steven Clarence Armstrong, an employee of defendant Georgia Power Company?
>
> $    400,000

"DONE, this the 21st day of March, 2024.

/s/ Carla H. Kruger
FOREPERSON"

It is therefore the ORDER, JUDGMENT, and DECREE of the court:

(1) That judgment is entered in favor of plaintiffs Hubert Bertram Corbett and Brenda Hovey Corbett and against defendants Steven Clarence Armstrong and Georgia Power Company;

(2) That plaintiff Hubert Bertram Corbett have and recover from defendants Armstrong and Georgia Power Company the sum of $ 50,000.00 in compensatory damages; and

(3) That plaintiff Brenda Hovey Corbett have and recover from defendants Armstrong and Georgia Power Company the sum of $ 400,000.00 in compensatory damages.

It is further ORDERED that costs are taxed against defendants Armstrong and Georgia Power Company, for which execution may issue.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 21st day of March, 2024.

                                                  /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE