AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| HUBERT BERTRAM CORBETT and BRENDA HOVEY CORBETT<br>v.<br>STEVEN CLARENCE ARMSTRONG and GEORGIA POWER COMPANY | )<br>)<br>) Case No.: 2:22-cv-633-MHT<br>)<br>) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  03/21/2024  against  the Defendants ,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................. | $ |
| Fees for service of summons and subpoena ........................................ | 617.76 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 4,291.67 |
| Fees and disbursements for printing ................................................ | |
| Fees for witnesses *(itemize on page two)* .......................................... | 3,000.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ............................................... | |
| Docket fees under 28 U.S.C. 1923 .................................................. | |
| Costs as shown on Mandate of Court of Appeals .................................... | |
| Compensation of court-appointed experts ........................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ....................................................... | 3,619.51 |
| TOTAL | $ 11,528.94 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid
☐ Other:

s/ Attorney: *[signature]*

Name of Attorney: Charles T. Greene

For:  Hubert and Brenda Corbett                 Date: 04/18/2024
         *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*          *Deputy Clerk*          *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) |||||||  |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
|  | Days | Total Cost | Days | Total Cost | Miles | Total Cost |  |
| Jeremiah J. Maddox, MD<br>Dothan, AL | 1 | 1,500.00 |  |  |  |  | $1,500.00 |
| Ryan T. Pflugner, MD<br>Dothan, AL | 1 | 1,500.00 |  |  |  |  | $1,500.00 |
|  |  |  |  |  |  |  | $0.00 |
|  |  |  |  |  |  |  | $0.00 |
|  |  |  |  |  |  |  | $0.00 |
|  |  |  |  |  |  |  | $0.00 |
|  |  |  |  |  |  | TOTAL | $3,000.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# MORGAN & MORGAN

## Hubert B Corbett

### Cost Activity

Incident Date: 1/14/2022 | Charles Greene |

| Date | Type | Expense Type | Amount | Payable To | Invoice # | Check # | Description |
|---|---|---|---|---|---|---|---|
| 4/1/2024 | Soft Cost | Long Distance Telephone | 0.25 | Morgan & Morgan PA | | | PHONE |
| 3/29/2024 | Hard Cost | Travel | 144.05 | Charles Greene | EXP/WE20240322 | 12461 | C.GREEN - MILEAGE |
| 3/29/2024 | Hard Cost | Travel | 454.53 | Charles Greene | EXP/WE20240322 | 12461 | C.GREEN-LODGING |
| 3/29/2024 | Hard Cost | Travel | 86.01 | Charles Greene | EXP/WE20240322 | 12461 | C.GREEN MEALS |
| 2/19/2024 | Hard Cost | Postage & Shipping | 0.63 | Morgan & Morgan PA | | | POSTAGE |
| 1/6/2024 | Hard Cost | Postage & Shipping | 1.26 | Morgan & Morgan PA | | | POSTAGE |
| 1/6/2024 | Hard Cost | Postage & Shipping | 0.63 | Morgan & Morgan PA | | | POSTAGE |
| 12/28/2023 | Hard Cost | Mediation Fee | 702.00 | Phillip E. Adams, Jr. | 12-28-23 | 11714 | Cost Check Request |
| 12/15/2023 | Hard Cost | | 73.69 | Charles Greene | Charles Greene - 12/14/2023 - Cost | 11658 | MILEAGE CHARLES GREEN |
| 12/14/2023 | Hard Cost | Travel | 0.00 | Charles Greene | Charles Greene - 12/14/2023 - Cost | 11633 | Charles Greene - 12/14/2023 - Mileage |
| 11/28/2023 | Hard Cost | Medical Records | 28.20 | ScanSTAT Technologies | 98F1BD1AA | 11300 | Cost Check Request |
| 11/28/2023 | Hard Cost | Medical Records | 111.60 | ScanSTAT Technologies | B3DC5A92 | 11302 | Cost Check Request |
| 11/21/2023 | Hard Cost | Medical Records | 32.73 | Sage Capital Recovery LLC | 392377336 | 11195 | Cost Check Request |
| 10/14/2023 | Soft Cost | Long Distance Telephone | 1.75 | Morgan & Morgan PA | | | PHONE |
| 10/14/2023 | Soft Cost | Long Distance Telephone | 1.75 | Morgan & Morgan PA | | | PHONE |
| 9/11/2023 | Hard Cost | Postage & Shipping | 18.51 | Morgan & Morgan PA | | | FEDEX |
| 9/4/2023 | Soft Cost | Long Distance Telephone | 0.25 | Morgan & Morgan PA | | | PHONE |
| 8/13/2023 | Soft Cost | Long Distance Telephone | 1.50 | Morgan & Morgan PA | | | PHONE |
| 8/9/2023 | Hard Cost | Court Reporting Services | 138.75 | Birmingham Reporting Service Inc. | 64935 | 9633 | Splitting between Hubert and Brenda Corbett |
| 7/21/2023 | Hard Cost | Court Reporting Services | 187.40 | Birmingham Reporting Service Inc. | 64286 | 9389 | Splitting between Mr. and Mrs. Corbett |
| 7/8/2023 | Hard Cost | Postage & Shipping | 1.20 | Morgan & Morgan PA | | | POSTAGE |
| 7/8/2023 | Hard Cost | Postage & Shipping | 0.60 | Morgan & Morgan PA | | | POSTAGE |
| | | Docufree Digital | | Morgan & Morgan | | | |

Date Printed: 4/15/2024
Reference Number: 12356375

| Date | Type | Category | Amount | Vendor | Reference | Check # | Notes |
|---|---|---|---|---|---|---|---|
| 6/10/2023 | Hard Cost | Imaging | 0.75 | PA | | | DFIBM |
| 6/8/2023 | Hard Cost | Expert - Treating Doctor | 1500.00 | Southern Bone & Joint Specialists | TRP269947hc | 8820 | Cost Check Request |
| 6/5/2023 | Hard Cost | Court Reporting Services | 281.25 | Birmingham Reporting Service Inc. | 63148 | 8761 | Splitting cost between Brenda and Hubert Corbett |
| 5/31/2023 | Hard Cost | Westlaw | 19.84 | | | | |
| 5/18/2023 | Hard Cost | Court Reporting Services | 251.28 | Birmingham Reporting Service Inc. | 62927 | 8630 | Splitting between Mr. and Mrs. Corbett |
| 4/25/2023 | Hard Cost | Docufree Digital Imaging | 7.20 | Morgan & Morgan PA | | | DFIBM |
| 4/25/2023 | Hard Cost | Docufree Digital Imaging | 0.45 | Morgan & Morgan PA | | | DFIBM |
| 4/20/2023 | Hard Cost | Court Reporting Services | 513.37 | Veritext | 6503407, 6504167 | 8263 | Splitting between Brenda and Hubert Corbett |
| 11/15/2022 | Hard Cost | Postage & Shipping | 0.57 | Morgan & Morgan PA | | | POSTAGE |
| 11/9/2022 | Hard Cost | Medical Records | 41.88 | ChartSwap, LLC | 13645958 | 6958 | For Inphynet Primary Care Physicians medical records and billing. |
| 10/24/2022 | Hard Cost | Medical Records | 112.43 | ScanSTAT Technologies | BFD9925CDD7F4163A06D | 6808 | For St Francis Hospital medical records |
| 5/20/2022 | Hard Cost | Filing Fees | 308.88 | Erby Fischer | Erby Fischer - 05/20/2022 - Cost | ACH - Erby Fischer - 05/20/2022 - Cost | |
| 5/19/2022 | Hard Cost | Postage & Shipping | 0.53 | Morgan & Morgan PA | | | POSTAGE |
| 5/19/2022 | Hard Cost | Postage & Shipping | 0.53 | Morgan & Morgan PA | | | POSTAGE |
| 5/5/2022 | Hard Cost | Process Service | 85.00 | PROCESS DELIVERY SERVICE LLC | 6884490 | 4859 | |
| 4/12/2022 | Hard Cost | Process Service | 150.00 | PROCESS DELIVERY SERVICE LLC | 6884471 | 4524 | |
| | | **Total:** | **5261.25** | | | | |

# MORGAN & MORGAN

## Brenda Corbett

### Cost Activity

Incident Date: 1/14/2022 | Charles Greene |

| Date | Type | Expense Type | Amount | Payable To | Invoice # | Check # | Description |
|---|---|---|---|---|---|---|---|
| 4/7/2024 | Hard Cost | Postage & Shipping | 0.64 | Morgan & Morgan PA | | | POSTAGE |
| 3/31/2024 | Hard Cost | Postage & Shipping | 0.64 | Morgan & Morgan PA | | | POSTAGE |
| 3/29/2024 | Hard Cost | Travel | 144.05 | Charles Greene | EXP/WE20240322 | 12461 | C.GREEN - MILEAGE |
| 3/29/2024 | Hard Cost | Travel | 454.54 | Charles Greene | EXP/WE20240322 | 12461 | C.GREEN-LODGING |
| 3/29/2024 | Hard Cost | Travel | 86.02 | Charles Greene | EXP/WE20240322 | 12461 | C.GREEN-MEALS |
| 3/19/2024 | Hard Cost | Medical Records | 10.00 | ReleasePoint | 721760 | ACH 03/22/2024 80674426 | ReleasePoint/11867345/CARE AMBULANCE/NC/Sarai.Chacon/MORGBH/12/08/2023 |
| 3/8/2024 | Hard Cost | Medical Records | 25.00 | River City Rehabilitation and Spine Specialists PC | 2024-03-07 | 12176 | Cost Check Request |
| 2/20/2024 | Hard Cost | Medical Records | 44.37 | CIOX Health LLC | 0444193563 | 12584 | Cost Check Request |
| 2/18/2024 | Hard Cost | Postage & Shipping | 0.63 | Morgan & Morgan PA | | | POSTAGE |
| 1/25/2024 | Hard Cost | Medical Records | 10.00 | ReleasePoint | 721121 | ACH 01/31/2024 80276468 | ReleasePoint/721121/GRADY MEMORIAL HOSPITAL/11867071/Sarai.Chacon/12-08-2023 |
| 1/5/2024 | Hard Cost | Postage & Shipping | 0.63 | Morgan & Morgan PA | | | POSTAGE |
| 1/5/2024 | Hard Cost | Postage & Shipping | 0.63 | Morgan & Morgan PA | | | POSTAGE |
| 1/5/2024 | Hard Cost | Postage & Shipping | 0.63 | Morgan & Morgan PA | | | POSTAGE |
| 12/28/2023 | Hard Cost | Mediation Fee | 702.00 | Phillip E. Adams, Jr. | 12-28-23 | 11715 | Cost Check Request |
| 12/15/2023 | Hard Cost | | 73.69 | Charles Greene | Charles Greene - 12/14/2023 - Cost | 11658 | MILEAGE CHARLES GREEN |
| 12/14/2023 | Hard Cost | Travel | 0.00 | Charles Greene | Charles Greene - 12/14/2023 - Cost | 11633 | Charles Greene - 12/14/2023 - Mileage |
| 12/11/2023 | Soft Cost | Long Distance Telephone | 0.50 | Morgan & Morgan PA | | | PHONE |
| 11/28/2023 | Hard Cost | Medical Records | 110.77 | ScanSTAT Technologies | 6B31E3492 | 11299 | Cost Check Request |
| 11/28/2023 | Hard Cost | Medical Records | 28.20 | ScanSTAT Technologies | FB05B1DCC | 11301 | Cost Check Request |
| 11/21/2023 | Hard Cost | Medical Records | 35.64 | Sage Capital Recovery LLC | 392374773 | 11194 | Cost Check Request |
| 11/12/2023 | Hard Cost | Postage & Shipping | 0.63 | Morgan & Morgan PA | | | POSTAGE |

Date Printed: 4/15/2024
Reference Number: 12356413

| Date | Type | Category | Amount | Vendor | Invoice/Ref | Check/ACH | Description |
|---|---|---|---|---|---|---|---|
| 10/31/2023 | Hard Cost | Medical Records | 10.00 | ReleasePoint | 719604 | ACH 11/01/2023 79602719 | ReleasePoint/10957679/GRADY MEMORIAL HOSPITAL/Olivia.Miller/06/02/2023 |
| 10/19/2023 | Hard Cost | Court Reporting Services | 192.50 | Birmingham Reporting Service Inc. | 64934 | 10693 | Cost Check Request |
| 9/23/2023 | Hard Cost | Postage & Shipping | 0.63 | Morgan & Morgan PA | | | POSTAGE |
| 9/12/2023 | Hard Cost | Court Reporting Services | 192.50 | Birmingham Reporting Service Inc. | 65695 | 10085 | Cost Check Request |
| 9/10/2023 | Hard Cost | Postage & Shipping | 0.63 | Morgan & Morgan PA | | | POSTAGE |
| 9/5/2023 | Hard Cost | Medical Records | 121.71 | Morgan & Morgan Orlando (Global AP) | 719467_3 | 10215 | ReleasePoint/MORGBH/Olivia.Miller/GRADY HEALTH SYSTEM/12356413/07/01/2023 |
| 9/3/2023 | Soft Cost | Long Distance Telephone | 0.75 | Morgan & Morgan PA | | | PHONE |
| 8/19/2023 | Hard Cost | Postage & Shipping | 0.63 | Morgan & Morgan PA | | | POSTAGE |
| 8/16/2023 | Hard Cost | Medical Records | 15.00 | Morgan & Morgan Orlando (Global AP) | 719224_3 | 10318 | ReleasePoint/MORGBH/Olivia.Miller/St Francis Emory Healthcare/10830583/06-01-2023 |
| 8/9/2023 | Hard Cost | Court Reporting Services | 138.75 | Birmingham Reporting Service Inc. | 64935 | 9635 | Splitting between Hubert and Brenda Corbett |
| 8/9/2023 | Hard Cost | Court Reporting Services | 254.47 | Birmingham Reporting Service Inc. | 64928 | 9634 | Cost Check Request |
| 7/28/2023 | Hard Cost | Medical Records | 33.62 | Erby Fischer | Erby Fischer - 7/28/2023 - Cost 2 | ACH - Erby Fischer - 7/28/2023 - Cost 2 | Erby Fischer - 7/28/2023 - Cost 2 |
| 7/21/2023 | Hard Cost | Court Reporting Services | 187.40 | Birmingham Reporting Service Inc. | 64286 | 9388 | Splitting between Hubert and Brenda Corbett |
| 7/19/2023 | Hard Cost | Court Reporting Services | 243.00 | Birmingham Reporting Service Inc. | 64375 | 9352 | It has both clients name on the invoice, but technically it is just for Mrs. Corbett's portion |
| 7/14/2023 | Hard Cost | Expert - Treating Doctor | 1500.00 | Southern Bone & Joint Specialists | JJM269947hc-vd | 9279 | Cost Check Request |
| 6/26/2023 | Hard Cost | Expert - Treating Doctor | 0.00 | Robert B Hanrahan | 12356413 | 9022 | Charles approved cost. Need his deposition. Commercial policy |
| 6/10/2023 | Hard Cost | Docufree Digital Imaging | 0.60 | Morgan & Morgan PA | | | DFIBM |
| 6/5/2023 | Hard Cost | Court Reporting Services | 281.25 | Birmingham Reporting Service Inc. | 63148 | 8762 | Splitting cost between Brenda and Hubert Corbett |
| 5/25/2023 | Hard Cost | Docufree Digital Imaging | 0.90 | Morgan & Morgan PA | | | DFIBM |
| 5/18/2023 | Hard Cost | Docufree Digital Imaging | 0.90 | Morgan & Morgan PA | | | DFIBM |
| 5/18/2023 | Hard Cost | Court Reporting Services | 251.27 | Birmingham Reporting Service Inc. | 62927 | 8629 | Splitting between Mr. and Mrs. Corbett |
| 5/12/2023 | Hard Cost | Postage & Shipping | 0.60 | Morgan & Morgan PA | | | POSTAGE |
| | Hard | Court Reporting | | | | | |

| Date | Type | Category | Amount | Vendor | Reference | Check # | Description |
|---|---|---|---|---|---|---|---|
| 4/20/2023 | Cost | Services | 513.38 | Veritext | 6503407, 6504167 | 8260 | Splitting between Brenda and Hubert Corbett |
| 3/17/2023 | Hard Cost | Docufree Digital Imaging | 1.05 | Morgan & Morgan PA | | | DFIBM |
| 3/10/2023 | Hard Cost | Medical Records | 36.61 | Erby Fischer | Erby Fischer - 3/10/2023 - Cost 2 | ACH - Erby Fischer - 3/10/2023 - Cost 2 | Erby Fischer - 3/10/2023 - Cost 2 |
| 1/5/2023 | Hard Cost | Postage & Shipping | 0.57 | Morgan & Morgan PA | | | POSTAGE |
| 12/20/2022 | Hard Cost | Medical Records | 25.00 | River City Rehabilitation and Spine Specialists PC | Corbett | 7202 | For Medical Records |
| 12/4/2022 | Hard Cost | Postage & Shipping | 0.57 | Morgan & Morgan PA | | | POSTAGE |
| 11/14/2022 | Hard Cost | Postage & Shipping | 0.57 | Morgan & Morgan PA | | | POSTAGE |
| 11/9/2022 | Hard Cost | Postage & Shipping | 0.57 | Morgan & Morgan PA | | | POSTAGE |
| 11/9/2022 | Hard Cost | Medical Records | 27.88 | CIOX Health LLC | 0392532523 | 6952 | For Community Ambulance |
| 11/2/2022 | Hard Cost | Medical Records | 30.00 | Bridgeway Diagnostic, LLC | Corbett | 6897 | For Bridgeway Diagnostics medical records and billing |
| 10/22/2022 | Hard Cost | Postage & Shipping | 0.57 | Morgan & Morgan PA | | | POSTAGE |
| 10/22/2022 | Hard Cost | Postage & Shipping | 0.57 | Morgan & Morgan PA | | | POSTAGE |
| 10/22/2022 | Hard Cost | Postage & Shipping | 0.57 | Morgan & Morgan PA | | | POSTAGE |
| 10/22/2022 | Hard Cost | Postage & Shipping | 0.57 | Morgan & Morgan PA | | | POSTAGE |
| 10/13/2022 | Hard Cost | Medical Records | 111.60 | ScanSTAT Technologies | 78FBA8141BC94645B31D | 6687 | For St Francis Hospital Medical Records |
| 5/20/2022 | Hard Cost | Filing Fees | 308.88 | Erby Fischer | Erby Fischer - 05/20/2022 - Cost | ACH - Erby Fischer - 05/20/2022 - Cost | |
| 3/31/2022 | Hard Cost | Westlaw | 52.41 | Morgan & Morgan PA | | | WES |
| | | **Total:** | **6267.69** | | | | |

Date Printed: 4/15/2024
Reference Number: 12356413